1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  DAVID SCHOLL,                          )     Case No. 06cv2171 IEG (WMc)
                                           )
12               Plaintiff,                )
                                           )
13       v.                                )     ORDER FOR EXTENSION
                                           )     OF MOTION HEARING DATE
14  MICHAEL J. ASTRUE, [1/]                )
    Commissioner of Social Security        )
15  Administration,                        )
                                           )
16               Defendant.                )
    _____)

17

18        Upon application by Defendant Commissioner of the Social Security Administration, and by

19  Plaintiff by and through his counsel, Henry N. Ernecoff,

20        **IT IS HEREBY ORDERED** that the time for the motion hearing date shall be extended from

21  July 2, 2007 to August 2, 2007.  The parties remaining briefing on the motions will be in accord with

22  Civil Local Rule 7.1(e.7).

23
    **DATED:  June 22, 2007**
24
25        IRMA E. GONZALEZ, Chief Judge
          **United States District Court**
26
27

28        [1/]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and
    should, therefore, be substituted for Commissioner Jo Anne B. Barnhart in this action. 42 U.S.C. §
    405(g); Fed. R. Civ. P. 25(d)(1).