UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Scholl ) <br>       SSN: 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          ) <br>                                                 )     CIVIL NO. 06-cv-2171-IEG(WMc) <br>            *Plaintiff,*              ) <br>                                                 )     **ORDER GRANTING JOINT** <br>       -vs-                               )     **MOTION APPROVING PLAINTIFF** <br>                                                 )     **ATTORNEY FEE UNDER EQUAL** <br> Michael J. Astrue,              )     **ACCESS TO JUSTICE ACT** <br> Commissioner of Social Security  ) <br>                                                 ) <br>            *Defendant.*           ) <br> _____)     Judge: The Hon. Irma E. Gonzalez | |

Pursuant to the Joint Motion filed by the Plaintiff and Defendant in this action, Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of $3,389.97. This amount represents compensation for all legal services rendered on behalf of Plaintiff by his attorney in connection with this civil action for services performed before the District Court through remand, in accordance with 28 U.S.C. § 2412(d).

//

//

//

//

//

//

1  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
2  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.
3  Payment of $3,389.97 in attorney fees shall constitute a complete release from and bar to any and
4  all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. This
5  award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act fees under
6  42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

7  **IT IS SO ORDERED**

9  **DATED: November 2, 2007**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**